# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:09CR00086 SWW

JOSE VALDOVINOS JIMENEZ, ET AL

### ORDER

Pending before the Court is government's motion to dismiss indictment against defendants Jose Valdovinos Jimenez, Hugo Cesar Madrid and Cosme Perez Vasquez pursuant to Rule 48(a).

IT IS SO ORDERED that the government's motion to dismiss the indictment against defendants Jose Valdovinos Jimenez, Hugo Cesar Madrid and Cosme Perez Vasquez [doc #269] be **GRANTED**, and the indictment pending against defendants Jose Valdovinos Jimenez, Hugo Cesar Madrid and Cosme Perez Vasquez is *dismissed without prejudice*.

DATED this 12th day of December 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE